UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

ELIUTH M. ALVAREZ,                          **CASE NO.   07-21333-CIV-LENARD**

      Plaintiff,                          Judge Magistrate Torres

v.

ROYAL ATLANTIC DEVELOPERS,
INC.,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF BETTER ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Plaintiff, **ELITH M. ALVAREZ,** through her undersigned counsel hereby gives notice of filing her better answers pursuant to this Court's Civil Minutes/ Calendar dated May 23, 2008, and states as follows:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was furnished via Facsimile and U.S. Mail this 30th day of May, 2008 upon: **MICHAEL W. CASEY, III, ESQ.,** Epstein, Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Blvd, Suite 4300, Miami, Florida 33131.

Respectfully submitted,


EXHIBIT
B

*Alvarez v. Royal Atlantic*
*Case No.: 07-21333-CIV-Lenard/Torres*
*page no.2*

**FEILER & LEACH, P.L.**
Attorneys for Plaintiff
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, Florida 33134
Tel: (305) 441-8818
Fax (305) 441-8081
mel@flmlegal.com

BY:_____
      **Martin E. Leach**
      Fla. Bar No. 0037990.

*Alvarez v. Royal Atlantic*
*Case No.: 07-21333-CIV-Lenard/Torres*
*page no.3*

## BETTER ANSWER TO DEFENDANT INTERROGATORIES

## BETTER ANSWER TO QUESTION NO. 1

I visited Dr. Anne Rzadkowolsky-Raoli once or twice. Her offices are located in Kendall at 10689 North Kendall Drive, Suite No. 306, Miami, Florida 33176. She recommended further treatment but I could not afford it at the time. I have not seen any other psychiatrist or therapist since the termination of my employment.