UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21333-CIV-LENARD/TORRES

ELIUTH M. ALVAREZ,         )
                           )
    Plaintiff,             )
                           )
v.                         )
                           )
ROYAL ATLANTIC DEVELOPERS, INC., )
a Florida corporation,     )
                           )
    Defendant.             )
_____)

**ORDER ON DEFENDANT'S PARTIALLY UNOPPOSED MOTION TO REQUIRE PLAINTIFF TO SUBMIT TO INDEPENDENT MEDICAL EXAMINATION AND FOR EXTENSION OF TIME TO COMPLETE EXPERT WITNESS DISCOVERY**

Upon consideration of the Defendant's Partially Unopposed Motion to Require Plaintiff to Submit to Independent Medical Examination and For Extension of Time to Complete Expert Witness Discovery filed June 16, 2008, and the Court having considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED.

(1) Defendant's Partially Unopposed Motion to Require Plaintiff to Submit to Independent Medical Examination for Extension of Time to Complete Expert Witness Discovery is GRANTED.

(2) Plaintiff shall undergo an independent medical examination to be conducted by Barbara A. Stein, M.D., at a date and time reasonable for both parties and Dr. Stein, but before August 1, 2008. The examination will take place at a court reporter's office in Miami-Dade County, Florida, and the total time required of Plaintiff should not exceed seven (7) hours. The scope of Dr. Stein's examination will be limited to information that may reasonably relate to the

MI:174592v2



EXHIBIT H

- 2 -

issues of causation and the extent of mental anguish suffered by Plaintiff as an element of her claimed damages in the instant case; and

    (2)    The pretrial discovery deadline shall be modified as follows:

| | |
|---|---|
| **August 1, 2008** | Deadline to complete independent medical examination |
| **September 15, 2008** | Deadline for Defendant to serve its expert witness disclosures, including expert witness's expert report related to IME |
| **September 22, 2008** | Deadline for Plaintiff to depose Defendant's expert |

DONE this ___ day of _____, 2008.


                                                        _____
                                                        HONORABLE JOAN A. LENARD
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Martin E. Leach, Esquire
Michael W. Casey, III, Esquire