```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
               CASE NO. 07-21333-CIV-LENARD/TORRES
 3

 4

 5   ELIUTH M. ALVAREZ,
 6            Plaintiff,                    CERTIFIED COPY
 7   -vs-
 8   ROYAL ATLANTIC DEVELOPERS, INC.,
     a Florida corporation,
 9
              Defendant.
10   _____

11

12
                DEPOSITION OF ELIUTH MARIE ALVAREZ
13

14
                   Wednesday, January 30, 2008
15                   10:00 a.m. - 3:30 p.m.
16
            200 South Biscayne Boulevard, Suite 4300
17                      Miami, Florida 33131
18

19

20
     Reported By:
21   Catherine L. Pflueger, Court Reporter
     Notary Public, State of Florida
22   Network Reporting Corporation
     Phone:   888.358.8188
23            305.358.8188
24                            - - -
25
```

EXHIBIT I

```
 1  APPEARANCES:
 2
 3  On behalf of the Plaintiff:
 4       MARTIN E. LEACH, ESQUIRE
         FEILER & LEACH, P.L.
 5       Penthouse Suite
         901 Ponce de Leon Boulevard
 6       Coral Gables, Florida 33134
 7
    On behalf of the Defendant:
 8
 9       MICHAEL W. CASEY, III, ESQUIRE
         EPSTEIN, BECKER & GREEN, P.C.
10       Suite 4300, Wachovia Financial Center
         200 South Biscayne Boulevard
11       Miami, Florida 33131
12
13  Also Present:   Pia Mendoza, Paralegal
14                  Donald Darrach, President & General
                    Counsel
15
16
17
18
19
20
21
22
23
24
25
```

1  months?
2      A. (Nods yes.)
3      Q. And what age were you when you left Puerto Rico?
4      A. Like '65 to 2004, 38.
5      Q. And you left Puerto Rico to come to Miami?
6      A. Uh-huh.
7      Q. Have you ever served in the military?
8      A. No.
9      Q. Have you ever been arrested?
10     A. No.
11     Q. Have you ever been charged with a crime?
12     A. No.
13     Q. Medical history, have you had any serious
14 physical or -- serious physical problems, medical
15 problems in the last ten years?
16     A. No, until they found me the very high blood
17 pressure, no.
18     Q. And when was that?
19     A. When was that? I will say that it was like
20 around 2001.
21     Q. Before you were working at Royal Atlantic?
22     A. Yes.
23     Q. Have you had any mental disabilities or issues?
24     A. No. During that same time, I -- I was on the
25 Prozac also, but then the doctor -- I started with one,

1  then they gave me two, then three; then they took me to
2  two, and then to one, and then to nothing, so I was like
3  two or three years without taking anything.
4      Q. And why are you taking the Prozac now?
5      A. Well, I think I got into a big depression
6  because of all these issues that I was fired, that I was
7  without a job.
8      Q. You were taking Prozac before you were fired,
9  though, were you not?
10     A. No.
11     Q. Never?
12     A. No. I was like two or three years without
13 taking anything.
14     Q. You've never taken Prozac before you were
15 terminated from Royal Atlantic?
16     A. No.
17     Q. Have you taken any other --
18     A. Well, as I told you I took it in, like, 2001 for
19 one or two years, then I was like two or three years
20 without taking it, then I started again.
21     Q. Why were you taking it in 2001?
22     A. My mother was involved in a problem. Okay. She
23 was the witness of a very big case in Puerto Rico of the
24 AIDS Institute, and she said that makes her feel very
25 bad, and all the family was very -- you know, very -- I

1  don't know how to explain it in English, but we were all
2  depressed because of that and everything that she was
3  suffering because she was -- she was testifying for the
4  government in Puerto Rico, the federal government.
5      Q. Was she accused of any wrongdoing?
6      A. No. She was only an employee of the company,
7  and she was a witness. She was mainly the witness
8  because her boss, which was the one that was asked to go
9  and testify and he didn't want to go, so they call her.
10     Q. Okay.
11     A. And she was like around two or three years in
12 the case, and it was very notorious in Puerto Rico.
13     Q. Can you tell me the name of doctors you go to
14 now?
15     A. I stopped going to the doctor because I changed
16 my insurance, and it was not covered, so I'm in the
17 process to start with a new insurance in January, so I'm
18 waiting still for an appointment with a new doctor. I
19 will have to get back to you because I don't remember
20 her name.
21     Q. Can you recall the names of any other doctors?
22     A. Well, the one that I seen in Puerto Rico, which
23 was Dr. Carmen Alvarez, I was with her for like two or
24 three years.
25     Q. Any relation?

1    A. No.

2    Q. What type of doctor is she?

3    A. She was my psychiatrist.

4    Q. And why were you seeing a psychiatrist?

5    A. It was what I was telling you before, the
6 depression in the case of my mother, and she was also my
7 mother's psychiatrist.

8    Q. And was Dr. Alvarez the one who prescribed the
9 Prozac?

10    A. Yes.

11    Q. How long have you suffered with high blood
12 pressure?

13    A. Since I was 15 years old. I have what is called
14 emotional high blood pressure.

15    Q. Can you tell me what that is?

16    A. It is that normally in any normal moment they
17 can take your blood pressure, and it may be perfect, and
18 if you are very happy or very sad or you have a big
19 stress, your blood pressure will go up.

20    Q. Are you a religious person?

21    A. Normal. I'm not a fanatic, let's say.

22    Q. What religion?

23    A. I'm a Catholic.

24    Q. How long have you been Catholic?

25    A. All my life. Born and raised a Catholic.

1  this?
2      A. No, I don't know.  Doesn't have a date.
3      Q. How did you -- well, let me go back to after you
4  were told you were going to be fired and you packed up
5  your stuff; what did you do then?
6      A. I went to my house and start crying.
7      Q. Alright.  And how long did you cry?
8      A. Well, it took me a while until my husband came
9  to the house, talk to me.  My mother came to the house
10 and talked to me.  Talked to me that I cannot let
11 something like this ruin my life, that I have to see in
12 the future, that I have 21 years of experience, and that
13 I can get another job and all of that.
14     Q. Alright.  Did that make you feel better?
15     A. No.  You try to -- to -- to make believe them
16 that you feel better because you don't want to worry
17 them, but in the bottom of my heart, no, I wasn't
18 feeling better.
19     Q. Did you get sick?  Did you throw up?  Were there
20 any --
21     A. It was -- as I told you, it was all the time --
22 I spend, like, at least one month eating like a pig, all
23 day in my pajamas.  I didn't want to go any- -- anywhere
24 until my mother told me, you know, you need to do
25 something, and then I went to the psychiatrist.

```
 1      Q.  And what was the name of the psych?
 2      A.  As I told you, I need to look.  It was a lady in
 3  Kendall.  She recommended that I needed therapy, and she
 4  recommended a place, and I finish going to another place
 5  for counseling.
 6      Q.  How long did you undergo the counseling?
 7      A.  I haven't finished.
 8      Q.  You're still going there?
 9      A.  (Nods yes), and I am better now as I was before.
10      Q.  Did you have the same reaction when you were
11  fired before?
12      A.  No.
13      Q.  Why not?
14      A.  Because I -- that one I expected it because I
15  didn't want to change the financial statements, so I
16  knew that that was going to be coming.  Maybe I was
17  surprised of the timing because it was coming of the
18  vacations, but that one I expected it, and I was in
19  Puerto Rico.  The things in Puerto Rico are a little
20  different than here, and two weeks later I was working
21  already.
22      Q.  So your firing in Puerto Rico didn't upset you
23  because you expected it, yes?
24      A.  Yes, because I didn't want to change the
25  financial statements.
```

```
 1                    CERTIFICATE OF OATH
 2
 3
 4
 5   STATE OF FLORIDA
 6   COUNTY OF BROWARD
 7
 8   I, the undersigned authority, certify that ELIUTH MARIE
 9   ALVAREZ personally appeared before me and
10   was duly sworn.
11
12   WITNESS my hand and official seal this 30th day
13   of January, 2008.
14
15
16
17
18            *Catherine L. Pflueger* (signature)

                 _____
19               Catherine L. Pflueger
                 Notary Public - State of Florida
20               My Commission No. CC906758
                 Expires:   March 19, 2008
21
22
23
24
25
```

1

2  STATE OF FLORIDA

3  COUNTY OF BROWARD

4      I, CATHERINE L. PFLUEGER, Court Reporter,

5  certify that I was authorized to and did

6  stenographically report the foregoing deposition

7  of ELIUTH MARIE ALVAREZ; that a review of the transcript

8  was requested; and that the pages 1 through 131,

9  inclusive, are a true and complete record of my

10 stenographic notes.

11     I further certify that I am not a relative,

12 employee, attorney, or counsel of any of the

13 parties, nor am I a relative or employee of any

14 of the parties' attorney or counsel connected

15 with the action, nor am I financially interested

16 in the action.

17     Dated this 4th day of February, 2008.

18

19

20  *Catherine L. Pflueger*
    _____
    CATHERINE L. PFLUEGER, Reporter

21

22

23

24

25