# EXHIBIT 1
# PART 3 OF 5

xxx

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 9

April 15, 2008
Invoice #: 656394

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 3/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | | |
|---|---|---|
| Professional Fees | $ | 16,160.50 |
| Disbursements | $ | 1,730.70 |
| **Total This Invoice** | **$** | **17,891.20** |
| | | |
| Prior Balance | $ | 33,607.01 |
| Less Payments Received | $ | (33,607.01) |
| Current Charges | $ | 17,891.20 |
| **Total Balance Due** | **$** | **17,891.20** |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C.
P.O. Box 30036
New York, NY 10087-0036
Reference: Inv# 656394

*Remit Wire Payments to:*

JP Morgan Chase Manhattan Bank
1166 Avenue of the Americas, 15th Fl.
New York, NY 10036
SWIFT# CHASUS33
For Credit to the Account of
Epstein Becker & Green, P.C.
Bank Routing # 021-0000-21
Bank Account # 033-1-259-234
Reference: Inv# 656394

*Direct Credit Card Inquiries to:*

Joy Anderson
250 Park Avenue
New York, NY 10177-1211
Phone: (212) 351-4557
Fax:    (212) 878-8647
Email:  janderson@ebglaw.com

PAYMENT IS DUE ON OR BEFORE MAY 15, 2008
PLEASE INCLUDE INVOICE # 656394 ON YOUR CHECK
Restrictive endorsements on payment instruments are of no legal effect as to the Firm

## EPSTEIN BECKER & GREEN, P.C.
### ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX:  (305) 579-3201
FED. I .D. NO. 13-3031033

April 15, 2008
Invoice #: 656394

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., President &
Gen Counsel

For Professional Services rendered through the period of 3/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---:|
| Professional Services: | 56.60 hours | $ | 16,160.50 |
| Disbursements | | $ | 1,730.70 |
| **Total This Invoice** | | **$** | **17,891.20** |
| | | | |
| | Prior Balance | $ | 33,607.01 |
| | Less Payments Received | $ | (33,607.01) |
| | Current Charges | $ | 17,891.20 |
| | **Total Balance Due** | **$** | **17,891.20** |

**PAYMENT IS DUE ON OR BEFORE MAY 15, 2008**
**PLEASE INCLUDE INVOICE # 656394 ON YOUR CHECK**

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President &
Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---|
| Professional Services: | 62.10 hours | $ | 19,444.00 |
| Disbursements | | $ | 1,639.93 |
| **Total This Invoice** | | $ | **21,083.93** |
| | | | |
| | Prior Balance | $ | 17,891.20 |
| | Less Payments Received | $ | 0.00 |
| | Current Charges | $ | 21,083.93 |
| | **Total Balance Due** | $ | **38,975.13** |

**PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008**
**PLEASE INCLUDE INVOICE # 659612 ON YOUR CHECK**

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
·
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 2

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/01/08 | M. Casey III | Review file and draft correspondence to opposing counsel re discovery matters | 0.4 |
| 04/01/08 | P. Mendoza | Follow-up re whether plaintiff has responded to second set of interrogatories | 0.4 |
| 04/01/08 | K. Tomasetti | Receipt and review of documents provided per Subpoena Duces Tecum from the Department of State, more specifically, Transcripts from the University of Puerto Rico and CPA Licensing Records for Board of Accountancy. | 0.8 |
| 04/01/08 | K. Tomasetti | Drafted Notice of Compliance with Defendant's Request For Copies for documents provided by Costa Nursery Farms, Tracfone Wireless, Del Monte Fresh Produce, N.A., Inc., Del Monte Fresh Produce Florida, Inc., Terremark Worldwide, Inc., Miami Dade College, University of Puerto Rico, Secretary of State Puerto Rico, Department of State Board of Accountancy and D'An Financial Services, LLC | 0.8 |
| 04/02/08 | P. Mendoza | Email to Mike Casey re ███████████████ | 0.2 |
| 04/03/08 | M. Casey III | Draft, exchange correspondence with opposing counsel re discovery (Plaintiff's failure to respond to interrogatories) | 0.2 |
| 04/03/08 | K. Vance | Review letter from opp counsel re plaintiff's interrogatory responses. | 0.1 |
| 04/08/08 | M. Casey III | Review Plaintiff's deposition; review Plaintiff's responses to Company's discovery requests; review discovery/correspondence file | 2.5 |
| 04/11/08 | M. Casey III | Attend to file re ███████████████ | 0.5 |
| 04/11/08 | K. Vance | Review plaintiff's second interrogatory responses; proofread letter to opp counsel re same. | 0.3 |
| 04/11/08 | P. Mendoza | Review plaintiff's answers to second set of interrogatories and draft email re ███████████████ ███ | 0.7 |
| 04/11/08 | P. Mendoza | Telephone conference with Mike Casey re ███████████ ███ | 1.3 |

PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008
PLEASE INCLUDE INVOICE #659612 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 3

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/11/08 | P. Mendoza | Draft medical release for plaintiff's signature | 0.3 |
| 04/16/08 | M. Casey III | Telephone conference with client re ▇▇▇▇▇ | 1.0 |
| 04/16/08 | M. Casey III | Draft, exchange correspondence with Garcia ▇ | 0.5 |
| 04/17/08 | K. Vance | Review notices of deposition, received today. | 0.1 |
| 04/18/08 | M. Casey III | Review discovery and strategy issues for upcoming depositions and confer with paralegal; review discovery file; draft correspondence to Leach re depositions he has noticed of E. Verdezoto and three others and re his failure to provide ·requested information | 1.2 |
| 04/21/08 | M. Casey III | Review and analyze discovery issues and issues re ▇▇▇ | 0.6 |
| 04/21/08 | P. Mendoza | Message and telephone conference with Don Darrach re | 0.3 |
| 04/21/08 | P. Mendoza | Update case binder in preparation of upcoming depositions | 0.7 |
| 04/21/08 | P. Mendoza | Update relevant documents in preparation of upcoming depositions | 1.0 |
| 04/21/08 | J. Poole | Review plaintiff's discovery responses and deposition testimony regarding health care providers ▇▇▇▇ | 0.5 |
| 04/22/08 | J. Poole | Research ▇▇▇▇▇▇ | 1.9 |
| 04/22/08 | I. Humphrey | Gather documents (letter & transcript) and FedEx to Donald M. Darrach for his review. | 0.1 |
| 04/22/08 | I. Humphrey | Draft letter to Heidi Verdezoto in reference to ▇▇▇ | 0.4 |

PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008
PLEASE INCLUDE INVOICE # 659612 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 4

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/22/08 | I. Humphrey | Draft letter to Donald Darrach in reference to ██████████ | 0.4 |
| 04/22/08 | I. Humphrey | Gather documents (letter & transcript) and FedEx to Heidi Verdezoto for her review. | 0.1 |
| 04/24/08 | M. Casey III | Review and analyze H. Verdezoto's deposition to prepare for interviews with witnesses and upcoming depositions | 0.8 |
| 04/24/08 | M. Casey III | Review and analyze chronology and relevant documents binder to prepare ██████████ | 1.5 |
| 04/24/08 | M. Casey III | Review Plaintiff's deposition to prepare ██████████ | 1.2 |
| 04/24/08 | M. Casey III | Prepare for and attend telephone conference with ██████ | 1.0 |
| 04/24/08 | J. Poole | Prepare motion to compel and for sanctions against plaintiff based on failure to provide discovery regarding her psychiatrist and counselor. | 3.1 |
| 04/24/08 | P. Mendoza | Prepare potential exhibits for Ruiz deposition ██████ | 1.5 |
| 04/24/08 | P. Mendoza | Prepare documents for Andy Villaloboz and Joel Underwood's review and draft email to Don Darrach ██████ | 0.6 |
| 04/24/08 | P. Mendoza | Prepare deposition preparation materials ██████████ | 1.1 |
| 04/24/08 | P. Mendoza | Prepare for and attend telephone interview of ██████ | 1.0 |
| 04/24/08 | P. Mendoza | Draft memo detailing telephone interview of ██████ | 0.4 |
| 04/25/08 | J. Poole | Prepare motion to compel and for sanctions against plaintiff based on failure to provide discovery regarding her psychiatrist and counselor. | 4.6 |
| 04/25/08 | M. Casey III | Legal research, and draft, revise, edit motion to compel | 0.5 |
| 04/25/08 | M. Casey III | Review file re ██████████ | 2.0 |

PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008
PLEASE INCLUDE INVOICE # 659612 ON YOUR CHECK

## EPSTEIN BECKER & GREEN, P.C.
### ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 5

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/28/08 | M. Casey III | Prepare for and attend conference with ███████ ███████████████████████ ███████ | 6.0 |
| 04/28/08 | P. Mendoza | Prepare for and attend meetings wit ███████ ██████ | 4.0 |
| 04/28/08 | P. Mendoza | Telephone conference with Don Darrach re ███████ | 0.2 |
| 04/28/08 | J. Poole | Prepare defendant's motion for summary judgment. | 2.1 |
| 04/29/08 | J. Poole | Prepare defendant's motion for summary judgment. | 1.8 |
| 04/29/08 | P. Mendoza | Prepare for and attend deposition of Rosario Ruiz ███████ | 2.3 |
| 04/29/08 | P. Mendoza | Review plaintiffs' supplemental response to second set of interrogatories (still deficient) and ███████ | 0.8 |
| 04/29/08 | M. Casey III | Review documents; prepare for and attend deposition of Ruiz; | 3.0 |
| 04/29/08 | M. Casey III | Review Leach's correspondence re discovery matters; review judge's procedure for resolving disputes | 0.5 |
| 04/29/08 | R.D. Tuschman | Confer with Mike Casey regarding ███████ | 0.4 |
| 04/29/08 | K. Vance | Meet with colleagues to discuss strategy ███████ | 0.7 |
| 04/30/08 | M. Casey III | Attend to discovery issues re depositions and documents to be subpoenaed in Puerto Rico | 0.7 |
| 04/30/08 | J. Poole | Prepare defendant's Motion for Summary Judgment. | 2.7 |
| 04/30/08 | P. Mendoza | Telephone conference with Don Darrach re ███████ | 0.3 |

PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008
PLEASE INCLUDE INVOICE #659612 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 6

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | |
|---|---:|
| **Total Hours** | 62.1 |
| **Total For Services** $ | 19,444.00 |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---:|
| Messenger | 51.26 |
| Outside Photocopy | 85.37 |
| Taxis | 60.00 |
| Fee - witness | 45.00 |
| Facsimile | 25.00 |
| Postage | 2.05 |
| Westlaw | 968.75 |
| Copying/Printing | 402.50 |
| **Total Disbursements** $ | 1,639.93 |



**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 7

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

### ATTORNEY / PARALEGAL SUMMARY

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Casey III | 24.10 | 500.00 | 12,050.00 |
| R.D. Tuschman | 0.40 | 425.00 | 170.00 |
| K. Vance | 1.20 | 275.00 | 330.00 |
| J. Poole | 16.70 | 250.00 | 4,175.00 |
| P. Mendoza | 17.10 | 140.00 | 2,394.00 |
| K. Tomasetti | 1.60 | 125.00 | 200.00 |
| I. Humphrey | 1.00 | 125.00 | 125.00 |
| Total All Timekeepers | 62.10 | | 19,444.00 |

**Total This Invoice**         $      21,083.93

PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008.
PLEASE INCLUDE INVOICE #659612 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 8

May 13, 2008
Invoice #: 659612

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 4/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | | |
|---|---|---|
| Professional Fees | $ | 19,444.00 |
| Disbursements | $ | 1,639.93 |
| **Total This Invoice** | $ | 21,083.93 |
| | | |
| Prior Balance | | 17,891.20 |
| Less Payments Received | $ | 0.00 |
| Current Charges | $ | 21,083.93 |
| **Total Balance Due** | $ | 38,975.13 |

---

## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C.
P.O. Box 30036
New York, NY 10087-0036
Reference: Inv# 659612

*Remit Wire Payments to:*

JP Morgan Chase Manhattan Bank
1166 Avenue of the Americas, 15th Fl.
New York, NY 10036
SWIFT# CHASUS33
For Credit to the Account of
Epstein Becker & Green, P.C.
Bank Routing # 021-0000-21
Bank Account # 033-1-259-234
Reference: Inv# 659612

*Direct Credit Card Inquiries to:*

Joy Anderson
250 Park Avenue
New York, NY 10177-1211
Phone: (212) 351-4557
Fax:    (212) 878-8647
Email:  janderson@ebglaw.com

**PAYMENT IS DUE ON OR BEFORE JUNE 12, 2008**
**PLEASE INCLUDE INVOICE # 659612 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 10

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | | | |
|---|---|---|---|
| 06/26/08 | K. Tomasetti | Telephone call to Roberto Feliberti-Cintrón, Esq., in Puerto Rico | 0.2 |
| 06/27/08 | M. Casey III | Conference with Jennifer Poole | 0.5 |
| 06/27/08 | J. Poole | Prepare for and attend deposition of Miami-Dade College representative Mary De LaOsa | 3.4 |
| 06/27/08 | J. Poole | Prepare memorandum to file | 0.4 |
| 06/27/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.2 |
| 06/27/08 | J. Poole | Prepare correspondence to Don Darrach, Esq., | 0.2 |
| 06/27/08 | J. Poole | Prepare notice of deposition for plaintiff's continued deposition | 0.2 |
| 06/27/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding continued deposition of plaintiff | 0.3 |
| 06/27/08 | J. Poole | Prepare for plaintiff's continued deposition | 0.9 |
| 06/30/08 | J. Poole | Teleconference with Don Darrach, Esq., | 0.2 |
| 06/30/08 | J. Poole | Prepare for and attend plaintiff's continued deposition at a court reporter's office in Coral Gables | 5.1 |
| 06/30/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 1.4 |
| 06/30/08 | J. Poole | Prepare answers and objections to plaintiff's first set of interrogatories | 0.4 |
| 06/30/08 | J. Poole | Prepare responses and objections to plaintiff's first request for production | 0.7 |
| | | **Total Hours** | **117.8** |

**Total For Services**          $    33,768.00

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE # 667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 11

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

**Disbursements Made On Behalf Of Client:**

| | |
|---|---:|
| Court Reporter | 1,083.40 |
| Depositions | 572.50 |
| Outside Photocopy | 47.19 |
| Fee - Process Server | 90.00 |
| Fee - witness | 46.00 |
| Medical Records | 61.00 |
| Telephone | 0.50 |
| Facsimile | 50.00 |
| Postage | 11.52 |
| Copying/Printing | 842.50 |

**Total Disbursements**   $   **2,804.61**

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Casey III | 24.50 | 500.00 | 12,250.00 |
| J. Poole | 76.90 | 250.00 | 19,225.00 |
| P. Mendoza | 16.20 | 140.00 | 2,268.00 |
| K. Tomasetti | 0.20 | 125.00 | 25.00 |
| Total All Timekeepers | 117.80 | | 33,768.00 |



**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 12

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | **Total This Invoice** | $  36,572.61 |
|---|---|---|



**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 13

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| | | |
|---|---|---|
| Professional Fees | $ | 33,768.00 |
| Disbursements | $ | 2,804.61 |
| **Total This Invoice** | **$** | **36,572.61** |
| Prior Balance | | 89,391.20 |
| Less Payments Received | $ | (38,975.13) |
| Current Charges | $ | 36,572.61 |
| **Total Balance Due** | **$** | **86,988.68** |

PAYMENT INSTRUCTIONS

| _Remit Check Payments to:_ | _Remit Wire Payments to:_ | _Direct Credit Card Inquiries to:_ |
|---|---|---|
| Epstein Becker & Green, P.C. | JP Morgan Chase Manhattan Bank | Joy Anderson |
| P.O. Box 30036 | 1166 Avenue of the Americas, 15th Fl. | 250 Park Avenue |
| New York, NY 10087-0036 | New York, NY 10036 | New York, NY 10177-1211 |
| Reference: Inv# 667224 | SWIFT# CHASUS 33 | Phone: (212) 351-4557 |
| | For Credit to the Account of | Fax:   (212) 878-8647 |
| | Epstein Becker & Green, P.C. | Email:  janderson@ebglaw.com |
| | Bank Routing # 021-0000-21 | |
| | Bank Account # 033-1-259-234 | |
| | Reference: Inv# 667224 | |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE # 667224 ON YOUR CHECK
Restrictive endorsements on payment instruments are of no legal effect as to the Firm

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., Pres & Gen
Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---|
| Professional Services: | 73.60 hours | $ | 20,574.00 |
| Disbursements | | $ | 7,064.06 |
| **Total This Invoice** | | $ | 27,638.06 |
| | | | |
| Prior Balance | | $ | 86,988.68 |
| Less Payments Received | | $ | (86,988.68) |
| Current Charges | | $ | 27,638.06 |
| **Total Balance Due** | | $ | 27,638.06 |

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 11, 2008**
**PLEASE INCLUDE INVOICE # 669451 ON YOUR CHECK**

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
-
(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 2

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., Pres & Gen Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/01/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.1 |
| 07/01/08 | J. Poole | Prepare correspondence to mediator | 0.3 |
| 07/01/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.1 |
| 07/01/08 | J. Poole | Review correspondence from Don Darrach, Esq., | 0.1 |
| 07/02/08 | J. Poole | Teleconference with Dr. Stein's assistant, Trace. | 0.2 |
| 07/08/08 | J. Poole | Teleconference with plaintiff's counsel regarding plaintiff's request for extension of time to respond to defendant's motion for summary judgment | 0.2 |
| 07/08/08 | J. Poole | Teleconference with Don Darrach, Esq. | 0.5 |
| 07/09/08 | J. Poole | Review plaintiff's motion for extension of time to respond to defendant's motion for summary judgment | 0.2 |
| 07/09/08 | J. Poole | Prepare notice of filing exhibits to deposition of Heidi Verdezoto as required by court's order on summary judgment consideration | 0.2 |
| 07/09/08 | J. Poole | Prepare notice of filing exhibits to deposition of Edwin Verdezoto as required by court's order on summary judgment consideration | 0.2 |
| 07/09/08 | J. Poole | Prepare notice of filing exhibits to deposition of plaintiff as required by court's order on summary judgment consideration | 0.2 |
| 07/09/08 | J. Poole | Prepare notice of filing exhibits to deposition of Rosario Ruiz as required by court's order on summary judgment consideration | 0.2 |
| 07/09/08 | J. Poole | Review deposition of Andres Villalobos and determine | 0.2 |

PAYMENTS DUE ON OR BEFORE SEPTEMBER 11, 2008
PLEASE INCLUDE INVOICE # 669451 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 3

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., Pres & Gen Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/09/08 | J. Poole | Review deposition of Joel Underwood | 0.2 |
| 07/09/08 | J. Poole | Review deposition of Don Darrach, Esq. | 0.2 |
| 07/10/08 | J. Poole | Review order granting plaintiff's motion for extension of time to respond to defendant's motion for summary judgment | 0.1 |
| 07/10/08 | J. Poole | Review order granting defendant's motion for order requiring plaintiff to submit to independent medical examination and for extension of expert discovery deadlines | 0.2 |
| 07/10/08 | J. Poole | Review confirmation of mediation from mediator Don Spero's office | 0.1 |
| 07/11/08 | J. Poole | Teleconference with Eddie, assistant to plaintiff's counsel, regarding mediation | 0.2 |
| 07/11/08 | J. Poole | Teleconference with Don Darrach, Esq. | 0.1 |
| 07/11/08 | J. Poole | Prepare for mediation | 0.5 |
| 07/14/08 | J. Poole | Prepare for and attend mediation | 3.0 |
| 07/14/08 | J. Poole | Review mediator's notice of impasse | 0.1 |
| 07/14/08 | J. Poole | Teleconference with Trace, assistant to Dr. Stein. | 0.2 |
| 07/14/08 | J. Poole | Review invoice for fees and costs from local counsel in Puerto Rico | 0.2 |
| 07/15/08 | J. Poole | Teleconference with Trace, assistant to Dr. Stein | 0.2 |
| 07/15/08 | M. Casey III | Confer with Jennifer Poole | 0.5 |
| 07/17/08 | J. Poole | Review correspondence from Don Darrach, Esq. | 0.2 |

PAYMENT IS DUE ON OR BEFORE SEPTEMBER 11, 2008
PLEASE INCLUDE INVOICE # 669451 ON YOUR CHECK

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 4

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., Pres & Gen Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| 07/17/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding plaintiff's responses to defendant's request for admissions | 0.2 |
| 07/17/08 | J. Poole | Teleconference with Trace, assistant to Dr. Stein, | 0.2 |
| 07/17/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding independent medical examination and proposed extension of deadlines to complete expert discovery | 0.5 |
| 07/17/08 | J. Poole | Review plaintiff's amended response to defendant's request for admissions | 0.2 |
| 07/17/08 | J. Poole | Evaluate strategy regarding expert witness | 0.3 |
| 07/18/08 | P. Mendoza | Review and analyze plaintiff's response to motion for summary judgment and supporting materials | 1.5 |
| 07/18/08 | M. Casey III | Review Plaintiff's reply to Defendant's motion for summary judgment; review opposing affidavits; and conference with Jennifer Poole | 1.5 |
| 07/18/08 | J. Poole | Review plaintiff's response to defendant's motion for summary judgment, including memorandum of law, supporting statement of facts, declaration of plaintiff, and declaration of Rosario Ruiz | 1.4 |
| 07/18/08 | J. Poole | Evaluate strategy | 0.9 |
| 07/18/08 | J. Poole | Prepare motion to strike plaintiff's memorandum of law in response to defendant's motion for summary judgment | 2.1 |
| 07/20/08 | J. Poole | Research | 1.9 |
| 07/20/08 | J. Poole | Research | 0.6 |
| | | defendant's motion for summary judgment | |
| 07/21/08 | J. Poole | Prepare correspondence to Don Darrach, Esq., | 0.2 |

PAYMENT IS DUE ON OR BEFORE SEPTEMBER 11, 2008
PLEASE INCLUDE INVOICE # 669451 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 5

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., Pres & Gen Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/21/08 | J. Poole | Prepare defendant's motion to strike plaintiff's memorandum of law in opposition to defendant's motion for summary judgment | 1.8 |
| 07/21/08 | J. Poole | Review court's order sua sponte striking plaintiff's memorandum of law in opposition to defendant's motion for summary judgment | 0.2 |
| 07/21/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.2 |
| 07/21/08 | J. Poole | Review file and evaluate strategy | 1.2 |
| 07/21/08 | J. Poole | Teleconference with Eddie, assistant to plaintiff's counsel, regarding independent medical examination of plaintiff and defendant's motion to strike plaintiff's memorandum of law in opposition to defendant's motion for summary judgment | 0.2 |
| 07/21/08 | J. Poole | Prepare reply in support of defendant's motion for summary judgment | 3.1 |
| 07/21/08 | J. Poole | Evaluate strategy | 0.3 |
| 07/21/08 | M. Casey III | Review action list regarding motions in limine and pre-trial stipulation deadlines and conference with Jennifer Poole | 0.4 |
| 07/21/08 | M. Casey III | Prepare, revise, edit motion to permanently strike Plaintiff's reply memorandum in opposition to Defendant's motion for summary judgment | 0.4 |
| 07/21/08 | M. Casey III | Review | 0.8 |
| 07/22/08 | J. Poole | Prepare reply brief in support of defendant's motion for summary judgment | 5.2 |
| 07/22/08 | P. Mendoza | Assist with development of | 1.0 |

PAYMENT IS DUE ON OR BEFORE SEPTEMBER 11, 2008
PLEASE INCLUDE INVOICE # 669451 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I .D. NO. 13-3031033

Page: 6

August 12, 2008
Invoice #: 669451

Royal Flowers International, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn:  Donald M. Darrach, Esq., Pres & Gen Counsel

For Professional Services rendered through the period of 7/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/23/08 | J. Poole | Prepare and exchange correspondence via e-mail with plaintiff's counsel regarding plaintiff's amended response to defendant's motion for summary judgment | 0.2 |
| 07/23/08 | J. Poole | Review plaintiff's amended statement of facts | 0.4 |
| 07/23/08 | J. Poole | Review plaintiff's amended memorandum in opposition to defendant's motion for summary judgment | 1.2 |
| 07/23/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. ▓▓▓▓▓ | 0.2 |
| 07/23/08 | J. Poole | Evaluate strategy ▓▓▓▓▓ | 0.3 |
| 07/24/08 | J. Poole | Review order on defendant's motion to permanently strike plaintiff's memorandum in opposition to defendant's motion for summary judgment | 0.1 |
| 07/24/08 | J. Poole | Review order sua sponte striking plaintiff's statement of material facts based on plaintiff's filing an amended statement of material facts | 0.1 |
| 07/24/08 | J. Poole | Teleconference with Don Darrach, Esq. ▓▓▓▓▓ | 0.1 |
| 07/24/08 | J. Poole | Review correspondence from plaintiff's counsel regarding depositions and incorrectly alleging that defendant's discovery responses are overdue | 0.2 |
| 07/24/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding depositions and deadline for defendant to respond to plaintiff's first set of interrogatories and first request for production | 0.3 |
| 07/24/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. ▓▓▓▓▓ | 0.1 |
| 07/25/08 | J. Poole | Finalize defendant's responses to plaintiff's first set of interrogatories | 0.4 |
| 07/25/08 | J. Poole | Teleconference with Eddie, paralegal with plaintiff's counsel, | 0.1 |

▓▓▓ PAYMENT IS DUE ON OR BEFORE SEPTEMBER 11, 2008 ▓▓▓
▓▓▓ PLEASE INCLUDE INVOICE #669451 ON YOUR CHECK ▓▓▓