# EXHIBIT 1
# PART 5 OF 5

xxx

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 9

June 12, 2008
Invoice #: 663119

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | independent medical examination of plaintiff and deposition of plaintiff's husband. | |
| 05/13/08 | J. Poole | Teleconference with Dr. Stein's assistant, Trace, regarding ■■■ | 0.2 |
| 05/13/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of defendant's motion for summary judgment. | 3.7 |
| 05/13/08 | J. Poole | Review and analyze materials to be provided to Dr. Stein for her preparation for plaintiff's independent medical examination. | 0.5 |
| 05/13/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment regarding plaintiff's retaliation claims. | 2.1 |
| 05/13/08 | K. Tomasetti | Administrative tasks for Jennifer Poole in connection with Royal/Alvarez matter. | 0.5 |
| 05/14/08 | K. Tomasetti | Administrative tasks for Jennifer Poole in connection with Royal/Alvarez matter. | 0.5 |
| 05/14/08 | M. Casey III | Review doctor's records and psychological records produced to date; confer with paralegal and J. Poole re ■■■ | 0.7 |
| 05/14/08 | J. Poole | Prepare statement of facts in support of defendant's motion for summary judgment. | 6.1 |
| 05/14/08 | J. Poole | Prepare notice of filing depositions in support of defendant's motion for summary judgment. | 0.3 |
| 05/15/08 | J. Poole | Prepare summary of discovery dispute and supporting documents for Magistrate Judge Garber pursuant to his procedures regarding discovery disputes. | 0.5 |
| 05/15/08 | J. Poole | Review correspondence from plaintiff's counsel regarding independent medical examination of plaintiff and deposition of plaintiff's husband. | 0.2 |
| 05/15/08 | J. Poole | Evaluate strategy regarding ■■■ | 0.2 |

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

Page: 10

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

June 12, 2008
Invoice #: 663119

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/15/08 | J. Poole | Teleconference with Dr. Stein's assistant, Trace, ▓▓▓ | 0.2 |
| 05/15/08 | J. Poole | Review correspondence from Roberto Feliberti-Cintron, Esq., ▓▓▓ | 0.2 |
| 05/15/08 | J. Poole | Review executed subpoenas duces tecum for plaintiff's medical providers in Puerto Rico. | 0.2 |
| 05/15/08 | J. Poole | Review correspondence from Dr. Cesar Hernandez-Garcia, one of plaintiff's medical providers in Puerto Rico, regarding plaintiff's medical records. | 0.1 |
| 05/15/08 | J. Poole | Review correspondence from Dr. Ubaldo Catasus Zayas, one of plaintiff's medical providers in Puerto Rico, regarding plaintiff's medical records. | 0.1 |
| 05/15/08 | J. Poole | Review and analyze deposition transcript of Edwin Verdezoto in preparation for drafting defendant's motion for summary judgment. | 0.7 |
| 05/15/08 | J. Poole | Review and analyze deposition transcript of Joel Underwood in preparation for drafting defendant's motion for summary judgment. . | 0.4 |
| 05/15/08 | J. Poole | Review and analyze deposition transcript of Andres Villalobos in preparation for drafting defendant's motion for summary judgment. . | 0.5 |
| 05/15/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding subpoena for deposition of plaintiff's husband and demanding that plaintiff provide medical documentation regarding her unavailability for an independent medical examination in the next two months. | 0.2 |
| 05/15/08 | K. Tomasetti | Organization of records received in response to subpoenas served on various doctors in Puerto Rico. | 1.1 |
| 05/15/08 | K. Tomasetti | Telephone conversation with Dr. Diez' office to inquire as to status of subpoena for medical records of plaintiff. | 0.2 |


PAYMENT IS DUE ON OR BEFORE JULY 12, 2008.
PLEASE INCLUDE INVOICE # 663119 ON YOUR CHECK

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 11

June 12, 2008
Invoice #: 663119

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/15/08 | P. Mendoza | Revise/update summary of discovery dispute to include all recent developments and new attachment and conferences with Jennifer Poole and Mike █████ | 1.8 |
| 05/15/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 3.2 |
| 05/15/08 | M.J. Beutler | Review discovery dispute materials. | 0.7 |
| 05/15/08 | M.J. Beutler | Telephone conference with Mike Casey █████ | 0.3 |
| 05/16/08 | J. Poole | Finalize motion for reconsideration. | 0.2 |
| 05/16/08 | J. Poole | Prepare summary of discovery dispute and supporting documents for Magistrate Judge Garber pursuant to his procedures regarding discovery disputes. | 0.4 |
| 05/16/08 | J. Poole | Prepare correspondence to Magistrate Judge Garber regarding discovery dispute and hearing on same. | 0.1 |
| 05/16/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding subpoena for deposition of plaintiff's husband and demanding that plaintiff provide medical documentation regarding her unavailability for an independent medical examination in the next two months. | 0.7 |
| 05/16/08 | J. Poole | Prepare statement of facts in support of defendant's motion for summary judgment. | 5.2 |
| 05/16/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 1.7 |
| 05/16/08 | K. Tomasetti | Lengthy Telephone conversation with Damy at Dr. Rzadkowolski-Raoli's office to obtain available dates for her deposition as part of our ongoing discovery and investigation of this matter. | 0.2 |
| 05/16/08 | K. Tomasetti | Compiled and indexed copies of plaintiff's medical records in binder for ease of reference and in anticipation of sending same to Dr. Stein who will be performing an independent medical examination of the plaintiff. | 1.5 |
| 05/16/08 | K. Tomasetti | Telephone conversations with Jenny of Fernandez and | 0.2 |


PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE # 663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 12

June 12, 2008
Invoice #: 663119

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | Associates Court Reporters with regard to obtaining a copy of the deposition transcript of Mary Luisa Chea. | |
| 05/18/08 | J. Poole | Prepare statement of facts in support of defendant's motion for summary judgment. | 3.2 |
| 05/18/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 2.8 |
| 05/19/08 | J. Poole | Review order of referral to mediation. | 0.2 |
| 05/19/08 | J. Poole | Review order of referral of certain matters to magistrate judge. | 0.2 |
| 05/19/08 | J. Poole | Review scheduling order. | 0.4 |
| 05/19/08 | J. Poole | Review correspondence from plaintiff's counsel regarding hearing on discovery dispute related to plaintiff's psychiatric treatment. | 0.1 |
| 05/19/08 | J. Poole | Prepare statement of facts in support of defendant's motion for summary judgment. | 3.1 |
| 05/19/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 3.7 |
| 05/20/08 | J. Poole | Prepare respondent's first request for production and first request for information to claimant. | 2.9 |
| 05/20/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 4.9 |
| 05/20/08 | J. Poole | Evaluate strategy ▓▓▓▓▓▓ | 0.4 |
| 05/20/08 | M. Casey III | Legal research and draft, revise, edit motion for summary judgment | 1.5 |
| 05/20/08 | M. Casey III | Review file and confer with J. Poole re ▓▓▓▓▓▓ | 0.5 |
| 05/21/08 | K. Tomasetti | Receipt, review and index additional medical records of Plaintiff. | 1.4 |
| 05/21/08 | K. Tomasetti | Updated Plaintiff's Medical Records Binder | 0.7 |
| 05/21/08 | J. Poole | Review correspondence from Roberto Feliberti-Cintron ▓▓▓▓▓▓ | 0.1 |


PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 13

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

June 12, 2008
Invoice #: 663119

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/21/08 | J. Poole | Prepare correspondence to Roberto Feliberti-Cintron | 0.1 |
| 05/21/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding hearing on discovery dispute related to plaintiff's psychiatric treatment. | 0.4 |
| 05/21/08 | J. Poole | Prepare statement of undisputed facts in support of defendant's motion for summary judgment. | 1.3 |
| 05/21/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.1 |
| 05/21/08 | J. Poole | Prepare for hearing on discovery dispute related to plaintiff's psychiatric treatment. | 0.3 |
| 05/21/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 6.2 |
| 05/21/08 | J. Poole | Prepare declaration of Heidi Verdezoto in support of defendant's motion for summary judgment. | 0.3 |
| 05/21/08 | M. Casey III | Draft, revise, edit motion for summary judgment and confer with J. Poole | 3.0 |
| 05/22/08 | M. Casey III | Review and analyze issues request for admissions; and prepare for hearing tomorrow re motion to compel; review medical-psychiatric records | 2.0 |
| 05/22/08 | P. Mendoza | Facilitate translation of Puerto Rican psychiatrist's records re Alvarez | 0.3 |
| 05/22/08 | J. Poole | Review translation of plaintiff's medical records from psychiatrist in Puerto Rico, Dr. Rondon. | 0.3 |
| 05/22/08 | J. Poole | Review correspondence from Don Darrach | 0.1 |
| 05/22/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 3.2 |
| 05/22/08 | J. Poole | Prepare materials for use at hearing on discovery dispute | 0.2 |

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE # 663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 14

June 12, 2008
Invoice #: 663119

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | regarding plaintiff's failure to provide complete responses to defendant's discovery requests concerning her psychiatric treatment. | |
| 05/22/08 | K. Tomasetti | Reviewed, compile and indexed pleadings and exhibits in a binder for use by Michael W. Casey, Esquire at the hearing on Defendant's Summary of Disputes before The Honorable Barry L. Garber, U.S. Magistrate Judge. | 2.9 |
| 05/23/08 | K. Tomasetti | Extensive electronic search via State of Florida Medical License Search for contact information for Zulma Rodriguez, psychologist that allegedly treated Plaintiff back in 2003. | 0.5 |
| 05/23/08 | M. Casey III | Prepare for and attend hearing on discovery dispute re Alvarez's psychiatric treatment; draft memorandum to client re same; draft requests for admissions re forged letter; confer with paralegal and J. Poole ████████ | 4.0 |
| 05/23/08 | J. Poole | Attend hearing before Magistrate Judge Garber regarding discovery dispute related to plaintiff's psychiatric treatment and discovery responses regarding same. | 1.5 |
| 05/23/08 | J. Poole | Prepare defendant's request for admission to plaintiff regarding recommendation letter allegedly signed by Rosario Ruiz. | 0.3 |
| 05/23/08 | J. Poole | Review court's minutes of hearing before Magistrate Judge Garber memorializing oral ruling on discovery dispute. | 0.2 |
| 05/23/08 | J. Poole | Research regarding ████████ | 1.6 |
| 05/23/08 | J. Poole | Review magistrate judge's order requiring plaintiff to provide better responses regarding her psychiatric treatment. | 0.2 |
| 05/23/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 2.2 |
| 05/23/08 | J. Poole | Prepare statement of undisputed material facts in support of defendant's motion for summary judgment. | 0.7 |
| 05/27/08 | J. Poole | Research regarding ████████ | 0.2 |

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 15

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

June 12, 2008
Invoice #: 663119

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/27/08 | J. Poole | Prepare statement of undisputed facts in support of defendant's motion for summary judgment as required by local rules. | 1.7 |
| 05/27/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment. | 5.1 |
| 05/27/08 | J. Poole | Prepare declaration of Heidi Verdezoto in support of defendant's motion for summary judgment. | 0.3 |
| 05/27/08 | J. Poole | Review correspondence from Roberto Feliberti-Cintron, Esq., [redacted] | 0.1 |
| 05/27/08 | J. Poole | Prepare correspondence to Roberto Feliberti-Cintron, Esq., [redacted] | 0.1 |
| 05/27/08 | K. Tomasetti | Receipt and review of e-mail from Roberto Filiberti, [redacted] | 0.2 |
| 05/27/08 | K. Tomasetti | E-mail correspondence to Michael W. Casey [redacted] | 0.2 |
| 05/27/08 | M. Casey III | Review discovery matters re [redacted] | 0.4 |
| 05/27/08 | K. Tomasetti | Updated Plaintiff's Medical Records Binder | 0.5 |
| 05/29/08 | J. Poole | Teleconference with Dr. Barbara Stein's office [redacted] | 0.2 |
| 05/29/08 | J. Poole | Prepare motion for order requiring plaintiff to submit to an independent medical examination regarding her psychiatric state and for extension of time to complete expert witness discovery. | 0.5 |
| 05/29/08 | J. Poole | Review file and evaluate strategy regarding completion of discovery and other pretrial tasks within the court's deadlines. | 0.6 |
| 05/30/08 | J. Poole | Review correspondence from Roberto Feliberti-Cintron, Esq., [redacted] | 0.2 |

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 16

June 12, 2008
Invoice #: 663119

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/30/08 | J. Poole | Prepare memorandum to file [redacted] | 0.3 |
| 05/30/08 | J. Poole | Review records received from Costa Nursery, plaintiff's employer immediately prior to Royal Atlantic, and determine [redacted] | 0.7 |

Total Hours  174.9

Total For Services  $  46,234.00

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Court Reporter | 1,935.35 |
| Park, Miles, Tolls | 68.32 |
| Messenger | 18.36 |
| Air Courier | 6.36 |
| Meals | 40.12 |
| Fee - Process Server | 388.00 |
| Telephone | 2.14 |
| Facsimile | 76.00 |
| Postage | 6.21 |
| Lexis | 717.71 |
| Copying/Printing | 923.50 |

Total Disbursements  $  4,182.07

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 17

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

June 12, 2008
Invoice #: 663119

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

### ATTORNEY / PARALEGAL SUMMARY

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Casey III | 31.50 | 500.00 | 15,750.00 |
| K. Vance | 0.30 | 275.00 | 82.50 |
| M.J. Beutler | 1.00 | 325.00 | 325.00 |
| J. Poole | 96.40 | 250.00 | 24,100.00 |
| P. Mendoza | 17.60 | 140.00 | 2,464.00 |
| K. Tomasetti | 28.10 | 125.00 | 3,512.50 |
| Total All Timekeepers | 174.90 | | 46,234.00 |

Total This Invoice $ 50,416.07


PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE #663119 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 18

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

June 12, 2008
Invoice #: 663119

For Professional Services rendered through the period of 5/31/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

|  |  |
|---|---|
| Professional Fees | $ 46,234.00 |
| Disbursements | $ 4,182.07 |
| **Total This Invoice** | $ 50,416.07 |
| Prior Balance | $ 38,975.13 |
| Less Payments Received | $ 0.00 |
| Current Charges | $ 50,416.07 |
| **Total Balance Due** | $ 89,391.20 |

---

**PAYMENT INSTRUCTIONS**

<u>Remit Check Payments to:</u>

Epstein Becker & Green, P.C.
P.O. Box 30036
New York, NY 10087-0036
Reference: Inv# 663119

<u>Remit Wire Payments to:</u>

JP Morgan Chase Manhattan Bank
1166 Avenue of the Americas, 15th Fl.
New York, NY 10036
SWIFT# CHASUS33
For Credit to the Account of
Epstein Becker & Green, P.C.
Bank Routing # 021-0000-21
Bank Account # 033-1-259-234
Reference: Inv# 663119

<u>Direct Credit Card Inquiries to:</u>

Joy Anderson
250 Park Avenue
New York, NY 10177-1211
Phone: (212) 351-4557
Fax: (212) 878-8647
Email: janderson@ebglaw.com

PAYMENT IS DUE ON OR BEFORE JULY 12, 2008
PLEASE INCLUDE INVOICE # 663119 ON YOUR CHECK
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President &
Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---|
| Professional Services: | 117.80 hours | $ | 33,768.00 |
| Disbursements | | $ | 2,804.61 |
| **Total This Invoice** | | $ | 36,572.61 |
| | | | |
| Prior Balance | | $ | 89,391.20 |
| Less Payments Received | | $ | (38,975.13) |
| Current Charges | | $ | 36,572.61 |
| **Total Balance Due** | | $ | 86,988.68 |

**PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008**
PLEASE INCLUDE INVOICE # 667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 2

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/02/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding deposition of plaintiff's husband, Omar Gonzalez. | 0.2 |
| 06/02/08 | J. Poole | Review correspondence from plaintiff's counsel regarding selection of mediator. | 0.2 |
| 06/02/08 | J. Poole | Review plaintiff's amended response to defendant's interrogatory regarding psychiatric treatment. | 0.2 |
| 06/02/08 | J. Poole | Review plaintiff's request for copies and correspondence from plaintiff's counsel regarding copies of documents provided by plaintiff's physicians' pursuant to subpoena duces tecum. | 0.2 |
| 06/02/08 | J. Poole | Prepare documents for production to plaintiff in response to request for copies. | 0.2 |
| 06/02/08 | J. Poole | Review documents produced by plaintiff's health care providers and prepare for deposition of Dr. Rzadkowolsky-Raoli. | 2.4 |
| 06/02/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.2 |
| 06/02/08 | J. Poole | Review documents produced by Miami-Dade College and prepare notice of subpoena for person with most knowledge of plaintiff's employment application. | 0.5 |
| 06/02/08 | J. Poole | Prepare notice of response to plaintiff's request for copies and cover correspondence to plaintiff's counsel. | 0.2 |
| 06/02/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.2 |
| 06/02/08 | P. Mendoza | Prepare Alvarez's medical records for service on opposing counsel pursuant to request for copies | 0.4 |
| 06/02/08 | P. Mendoza | Prepare letter to opposing counsel enclosing response to request for copies | 0.2 |
| 06/02/08 | P. Mendoza | Prepare notice of compliance with plaintiff's request for copies | 0.3 |
| 06/03/08 | P. Mendoza | Conference with Jennifer Poole | 0.4 |



PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 3

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/03/08 | P. Mendoza | Revise letter to opposing counsel enclosing medical records | 0.3 |
| 06/03/08 | P. Mendoza | Draft subpoena and notice of deposition for Miami-Dade College corporate representative | 0.6 |
| 06/03/08 | M. Casey III | Review notes and action issues and confer with J. Poole [redacted] | 0.8 |
| 06/04/08 | M. Casey III | Review file and confer with J. Poole re [redacted] | 0.7 |
| 06/04/08 | J. Poole | Teleconference with Eddie, assistant to plaintiff's counsel, regarding necessity of interpreter for deposition of plaintiff's spouse, Omar Gonzalez. | 0.1 |
| 06/04/08 | J. Poole | Prepare for deposition of plaintiff's spouse, Omar Gonzalez. | 1.7 |
| 06/04/08 | P. Mendoza | Prepare letter to opposing counsel requesting deposition dates for Miami-Dade College corporate representative | 0.3 |
| 06/05/08 | M. Casey III | Conference with Jennifer Poole [redacted] | 1.2 |
| 06/05/08 | J. Poole | Prepare for and depose plaintiff's spouse, Omar Gonzalez, regarding plaintiff's claims and alleged damages | 2.3 |
| 06/05/08 | J. Poole | Prepare motion to require plaintiff to submit to independent medical examination and for extension of expert witness discovery deadline | 1.3 |
| 06/06/08 | J. Poole | Prepare memorandum to file regarding [redacted] | 0.7 |
| 06/07/08 | M. Casey III | Legal research [redacted] | 1.2 |
| 06/09/08 | M. Casey III | Review outlines of parts of transcripts of depositions of Plaintiff, Heidi Verdezoto and Edwin Verdezoto; prepare, revise, edit statement of undisputed facts; prepare, revise, edit motion for summary judgment | 7.5 |
| 06/09/08 | J. Poole | Prepare for and depose Dr. Anna Rzadkowolsy-Raoli at her office in Miami Lakes, Florida | 3.9 |
| 06/09/08 | J. Poole | Prepare defendant's motion for summary judgment | 0.9 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 4

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/09/08 | J. Poole | Prepare statement of undisputed facts in support of defendant's motion for summary judgment | 0.7 |
| 06/09/08 | J. Poole | Prepare memorandum to file [redacted] | 0.5 |
| 06/10/08 | J. Poole | Evaluate strategy [redacted] | 0.2 |
| 06/10/08 | J. Poole | Teleconference with Eddie, assistant to plaintiff's counsel, regarding completion of plaintiff's independent medical examination and continued deposition related to mental distress | 0.1 |
| 06/10/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 1.3 |
| 06/10/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of defendant's motion for summary judgment | 1.4 |
| 06/10/08 | M. Casey III | Review file and conference with Jennifer Poole [redacted] | 0.5 |
| 06/11/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 4.4 |
| 06/11/08 | J. Poole | Research [redacted] | 0.8 |
| 06/11/08 | J. Poole | Teleconference with Dr. Barbara Stein's office [redacted] | 0.2 |
| 06/12/08 | J. Poole | Prepare declaration of Heidi Verdezoto in support of defendant's motion for summary judgment | 0.5 |
| 06/12/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of defendant's motion for summary judgment | 2.4 |
| 06/12/08 | J. Poole | Prepare defendant's motion for summary judgment | 4.1 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 5

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/08 | J. Poole | Teleconference with Dr. Barbara Stein's assistant, Trace, ~~~~~~~~~~~~~~~~~~~~ | 0.2 |
| 06/12/08 | J. Poole | Teleconference with Mark at Magistrate Judge Garber's chambers regarding discovery dispute related to independent medical examination of plaintiff | 0.2 |
| 06/12/08 | J. Poole | Prepare correspondence to plaintiff's counsel demanding cooperation in scheduling an independent medical examination and continued deposition for plaintiff | 0.7 |
| 06/12/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 0.3 |
| 06/12/08 | P. Mendoza | Review/revise/insert citations to motion for IME and extension of discovery deadline | 1.3 |
| 06/13/08 | M. Casey III | Prepare, revise, edit motion regarding independent medical examination of Plaintiff and conference with Jennifer Poole | 1.2 |
| 06/13/08 | J. Poole | Teleconference with Mark at Magistrate Judge Garber's chambers regarding discovery dispute related to continued deposition of plaintiff | 0.2 |
| 06/13/08 | J. Poole | Teleconference with plaintiff's counsel regarding independent medical examination of plaintiff, request for extension of expert discovery deadline, and continued deposition to plaintiff | 0.3 |
| 06/13/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 2.6 |
| 06/13/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding continued deposition of plaintiff | 0.6 |
| 06/13/08 | J. Poole | Evaluate strategy regarding ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | 0.3 |
| 06/13/08 | J. Poole | Prepare for deposition of Miami-Dade College official with most knowledge regarding plaintiff's employment application | 0.2 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 6

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/16/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 0.9 |
| 06/16/08 | M. Casey III | Prepare, revise, edit memorandum for motion for summary judgment | 3.0 |
| 06/16/08 | M. Casey III | Conference with Jennifer Poole | 0.6 |
| 06/17/08 | J. Poole | Prepare memorandum of law in support of defendant's motion for summary judgment | 2.1 |
| 06/17/08 | J. Poole | Prepare declaration of Brenda Garcia in support of defendant's motion for summary judgment | 0.2 |
| 06/17/08 | P. Mendoza | Prepare/revise declaration of Brenda Garcia | 1.1 |
| 06/17/08 | M. Casey III | Prepare, revise, edit statement of facts to conform to difficult limits on pages | 1.5 |
| 06/18/08 | P. Mendoza | Revise/finalize Garcia declaration and prepare email to Garcia enclosing declaration | 0.4 |
| 06/18/08 | J. Poole | Prepare declaration of Brenda Garcia in support of defendant's motion for summary judgment | 0.1 |
| 06/18/08 | J. Poole | Teleconference with Nanette Orange, legal assistant at Miami-Dade College, regarding subpoena for corporate representative deposition | 0.2 |
| 06/18/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of motion for summary judgment | 4.3 |
| 06/18/08 | J. Poole | Prepare defendant's memorandum of law in support of its motion for summary judgment | 1.9 |
| 06/18/08 | M. Casey III | Prepare, revise and edit Defendant's motion for independent medical examination and conference with Jennifer Poole | 0.6 |
| 06/19/08 | M. Casey III | Prepare, revise, edit motion for summary judgment and statement of facts | 2.8 |
| 06/19/08 | J. Poole | Prepare defendant's memorandum of law in support of its motion for summary judgment | 2.3 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 7

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Person | Description | Hours |
|---|---|---|---|
| 06/19/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of motion for summary judgment | 2.1 |
| 06/19/08 | J. Poole | Teleconference with Don Darrach, Esq., [redacted] | 0.5 |
| 06/19/08 | J. Poole | Prepare declaration of Heidi Verdezoto in support of defendant's motion for summary judgment | 0.3 |
| 06/19/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding production of additional medical records received by defendant pursuant to subpoena | 0.3 |
| 06/19/08 | J. Poole | Prepare correspondence to Don Darrach, Esq., [redacted] | 0.1 |
| 06/19/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. [redacted] | 0.1 |
| 06/19/08 | J. Poole | Prepare defendant's motion to require plaintiff to submit to independent medical examination and for extension of expert discovery deadline | 0.3 |
| 06/19/08 | P. Mendoza | Correct/finalize citations to statement of facts contained in motion for summary judgment | 2.0 |
| 06/19/08 | P. Mendoza | Exchange correspondence [redacted] | 0.4 |
| 06/20/08 | P. Mendoza | Review/revise/finalize motion for summary judgment, statement of material facts | 4.5 |
| 06/20/08 | P. Mendoza | Review/finalize/approve exhibits to motion for IME | 0.4 |
| 06/20/08 | P. Mendoza | Prepare tables of contents and authorities for insertion into motion for summary judgment | 1.2 |
| 06/20/08 | J. Poole | Teleconference with Don Darrah, Esq. [redacted] | 0.5 |
| 06/20/08 | J. Poole | Teleconference with plaintiff's counsel regarding continued deposition of plaintiff regarding psychiatric treatment and emotional distress damages | 0.2 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 8

July 17, 2008
Invoice #: 667224

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Attn: Donald M. Darrach, Esq., President & Gen Counsel

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/20/08 | J. Poole | Prepare defendant's statement of undisputed facts in support of motion for summary judgment | 0.9 |
| 06/20/08 | J. Poole | Prepare defendant's memorandum of law in support of motion for summary judgment | 0.7 |
| 06/20/08 | J. Poole | Prepare correspondence to Don Darrach, Esq. | 0.1 |
| 06/20/08 | J. Poole | Prepare correspondence to Don Darrach, Esq., | 0.2 |
| 06/20/08 | J. Poole | Review correspondence from Don Darrach, Esq. | 0.1 |
| 06/20/08 | J. Poole | Review executed affidavit of Heidi Verdezoto in support of defendant's motion for summary judgment | 0.2 |
| 06/23/08 | J. Poole | Teleconference with Don Darrach, Esq. | 0.1 |
| 06/23/08 | J. Poole | Second teleconference with Don Darrach, Esq. | 0.1 |
| 06/23/08 | J. Poole | Teleconference with Mary De LaOsa of Miami-Dade College regarding subpoena for deposition | 0.2 |
| 06/23/08 | J. Poole | Review correspondence from Don Darrach, Esq. | 0.1 |
| 06/23/08 | J. Poole | Finalize notices of filing for deposition transcripts and declarations filed in support of defendant's motion for summary judgment | 0.4 |
| 06/23/08 | J. Poole | Finalize defendant's memorandum of law in support of motion for summary judgment | 2.1 |
| 06/23/08 | J. Poole | Finalize defendant's statement of undisputed facts in support of motion for summary judgment | 2.3 |
| 06/23/08 | J. Poole | Review plaintiff's answers to defendant's first request for admissions | 0.3 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK

**EPSTEIN BECKER & GREEN, P.C.**
ATTORNEYS AT LAW
WACHOVIA FINANCIAL CENTER - SUITE 4300
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

(305) 579-3200
FAX: (305) 579-3201
FED. I.D. NO. 13-3031033

Page: 9

Royal Atlantic Developers, Inc.
2020 NW 89 Pl.
Miami, FL 33172
Atn: Donald M. Darrach, Esq., President & Gen Counsel

July 17, 2008
Invoice #: 667224

For Professional Services rendered through the period of 6/30/08:

071239-00002
Eliuth M. Alvarez v. Royal Atlantic Developers, Inc.

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/23/08 | J. Poole | Review plaintiff's first set of interrogatories to defendant | 0.2 |
| 06/23/08 | M. Casey III | Prepare, revise, edit motion for summary judgment and statement of undisputed facts for filing today | 2.0 |
| 06/23/08 | P. Mendoza | Assist with final preparation of supporting materials to motion for summary judgment | 0.5 |
| 06/23/08 | P. Mendoza | Final review/revisions to motion for summary judgment | 1.5 |
| 06/24/08 | P. Mendoza | Review Ruiz's testimony regarding [redacted] | 0.4 |
| 06/24/08 | M. Casey III | Review Plaintiff's response to Defendant's request for admissions | 0.1 |
| 06/24/08 | M. Casey III | Review Rosario Ruiz's deposition regarding her testimony about the reference letter | 0.2 |
| 06/24/08 | M. Casey III | Prepare correspondence to Martin Leach regarding his conflict due to contradictory testimony of Rosario Ruiz and Plaintiff | 0.1 |
| 06/24/08 | J. Poole | Review court's order regarding notice of consideration of motion for summary judgment | 0.2 |
| 06/24/08 | J. Poole | Prepare good faith correspondence to plaintiff's counsel regarding setting continued deposition of plaintiff | 0.3 |
| 06/25/08 | J. Poole | Prepare notices of filing deposition exhibits as required by court's order regarding notice of consideration of motion for summary judgment | 0.2 |
| 06/25/08 | J. Poole | Evaluate strategy [redacted] | 0.2 |
| 06/25/08 | J. Poole | Prepare re-notice of deposition for Miami-Dade College representative Mary De LaOsa | 0.2 |
| 06/25/08 | J. Poole | Prepare correspondence to plaintiff's counsel regarding re-notice of deposition for Miami-Dade College representative Mary De LaOsa | 0.2 |
| 06/25/08 | J. Poole | Evaluate strategy [redacted] | 0.2 |

PAYMENT IS DUE ON OR BEFORE AUGUST 16, 2008
PLEASE INCLUDE INVOICE #667224 ON YOUR CHECK