UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21333-CIV-LENARD/O'SULLIVAN

ELIUTH M. ALVAREZ,

    Plaintiff,

vs.

ROYAL ATLANTIC DEVELOPERS, INC.,

    Defendant.
_____/

## ORDER

This matter is before the undersigned on the Plaintiffs' Verified Petition for Attorney's Fees (DE # 198, 6/23/11).  Local Rule 7.3(b) for the Southern District of Florida provides in part:

> **(b) Good Faith Effort to Resolve Issues by Agreement.** A draft motion compliant with Local Rule 7.3(a)(1)–(8) must be served but not filed within thirty (30) days after entry of the final judgment or order. Within twenty-one (21) days of service of the draft motion, the parties shall confer and attempt in good faith to agree on entitlement to and the amount of fees and expenses not taxable under 28 U.S.C. § 1920. The respondent shall describe in writing and with reasonable particularity each time entry or nontaxable expense to which it objects, both as to issues of entitlement and as to amount, and shall provide supporting legal authority.

A jury verdict was entered in this matter on June 8, 2011.  Judgment was entered on June 9, 2011 (DE # 196).  The instant motion was filed on June 23, 2011.  The Local Rule cited above requires that a draft motion be served on but not filed on the opposing party within thirty (30) days after entry of the final judgment or order, which in this case was entered on June 9, 2011.  While the instant motion does indicate that the parties

have conferred but been unable to resolve the issues, there is no indication in the Plaintiffs' Verified Petition for Attorney's Fees (DE # 198, 6/23/11) that a draft motion was served on the defendant in compliance with Local Rule 7.3(b).  Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiffs' Verified Petition for Attorney's Fees (DE # 198, 6/23/11) is DENIED without prejudice to renew once the plaintiff has complied with the requirements of Local Rule 7.3(b).

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of June, 2011.

```
_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE
```

Copies provided to:
United States District Judge Lenard
All counsel of record